UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STAPLES, INC., and<br>SMILEMAKERS, INC.<br>               Plaintiffs,<br><br>v.<br>BRADY GRAVETT AND<br>ORIENTAL TRADING COMPANY, INC.<br>              Defendants. | Civil Action No. 0510274 WGY |

## STIPULATION OF DISMISSAL OF CLAIMS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs,

Staples., Inc. and Smilemakers, Inc. and the Defendants, Oriental Trading Company, Inc. and

Brady Gravett hereby stipulate to the voluntary dismissal of all of Plaintiff's claims against each

of the Defendants in this action with prejudice and without costs or attorneys' fees to any party.

The Plaintiff and each Defendant hereby waive all rights of appeal from the entry of such

dismissal.

Respectfully submitted,

STAPLES, INC. and SmileMakers
By their attorneys,

Lynn A. Kappelman (BBO No. 642017)
Jennifer A. Serafyn (BBO No. 653739)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

ORIENTAL TRADING COMPANY and
Brady Gravett
By their attorney,

Christopher D. Moore
GOODWIN PROCTOR LLP
Exchange Place
Boston, MA 02109
617-570-1319

DATED:  April 20, 2005

BO1 15710374.1